IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARON BOWER, | ) | No. CV-F-04-6634 REC/DLB |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | PETITION FOR RECONSIDERATION |
| | ) | (Doc. 14) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| FOSTER FARMS DAIRY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On January 17, 2006, plaintiff, <u>proceeding in pro per</u>, filed a "Petition for Reconsideration" in which he requests that the court vacate its order granting plaintiff's motion for voluntary dismissal of this action, which order was entered on February 25, 2005.

The court hereby denies plaintiff's petition. From the court's review of the filings in this action, it appears that this court may not have subject matter jurisdiction over any claims that can be gleaned from the Complaint and Amended

1

1 Complaint.  It appears that plaintiff's claims, if any, arise out
2 of an alleged breach of a settlement agreement between plaintiff,
3 other individuals and defendant and out of allegations that
4 plaintiff's attorney breached professional and fiduciary
5 obligations in connection with the settlement agreement.  Because
6 it is apparent from the filings in this action that all parties
7 are citizens of California, there is no diversity jurisdiction.
8 The filings in this action are very unclear but it does not
9 appear that plaintiff is alleging subject matter jurisdiction on
10 the basis of a federal question pertaining to any action by
11 defendant against him.  Furthermore, it appears that plaintiff
12 brought this action on behalf of two other individuals, one of
13 whom advised the court that he did not authorize plaintiff to act
14 on his behalf and both of whom were severed from this action
15 prior to plaintiff's voluntary dismissal of the action.  Given
16 plaintiff's voluntary dismissal of this action almost a year ago
17 and given the unclear status of the pleadings filed in this
18 action as they pertain to plaintiff, the court will not vacate
19 the order voluntarily dismissing this action.  If plaintiff
20 intends to proceed with claims against defendant, plaintiff must
21 file a new action, clearly setting forth the basis of this
22 court's subject matter jurisdiction and the factual basis of any
23 claims with respect to which he seeks relief.[1]
24      ACCORDINGLY:

---

[1] The court is expressing no opinion on the timeliness of a new action or the merits of any claim alleged therein.

1. Plaintiff's Petition for Reconsideration is denied.

IT IS SO ORDERED.

**Dated:  January 20, 2006**                              /s/ Robert E. Coyle
668554                                                    UNITED STATES DISTRICT JUDGE